UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEONARD ALLEN McCORD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case number 4:09cv0428 TCM |
| ) | |
| DAVE DORMIRE, ) | |
| ) | |
| Respondent. ) | |

## ORDER

By an earlier order the Court granted petitioner, Leonard Allen McCord, an extension of time up to and including October 30, 2009, within which to file a reply to the response of Dave Dormire to an order to show cause why habeas relief should not be granted. On October 29, copies of various documents relating to the state criminal conviction at issue were mailed by Petitioner to the Court. There is no accompanying memorandum, and the documents appear to be already included in the state court record filed with Respondent's response. Without an explanation or supporting memorandum by Petitioner, the Court will not guess at the significance of these documents.

The Clerk of Court is directed to return these documents to Petitioner with a copy of this Order.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  4th  day of November, 2009.